UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CV-22753-WILLIAMS

AMPARO GOMEZ MOLDES,

    Plaintiff,

vs.

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on (DE 25) Magistrate Judge John J. O'Sullivan's Report and Recommendation ("Report"). In the Report, Judge O'Sullivan recommends that Plaintiff's motion for summary judgment (DE 21) be denied, and that Defendant's motion for summary judgment (DE 22) be granted. The Parties did not file objections to the Report and the time to do so has now passed. Based upon an independent review of the Report and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge O'Sullivan's Report (DE 25) is **ADOPTED AND AFFIRMED.**

    2.    Plaintiff's motion for summary judgment (DE 21) is **DENIED**.

    3.    Defendant's motion for summary judgment (DE 22) is **GRANTED**.

    4.    The decision of the Administrative Law Judge is **AFFIRMED**.

    5.    This action is **DISMISSED**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida this <u>5th</u> day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE